

```
                                                                    FILED
                                                               U.S. DISTRICT COURT
                                                               DISTRICT OF NEBRASKA

                                                                2013 JUL 24  PM 3:08
```

| Robert Lowney | **CENTRAL VIOLATIONS BUREAU** | Ted C. Willmann |
|---|---|---|
| DCAD Chief | P.O. Box 780549 | Branch Chief |
| | San Antonio, TX 78278 | (800) 827-2982 |
| | | FAX: (210) 301-6401 |

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext 6419

**District:** DISTRICT OF NEBRASKA

**Location Code:** NE16                **Citation Number(s):** 1752827 & 1752828

| _LINC_ | **Hearing Site** | The location where the citation is scheduled. |
| _To Be Notified_ | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| _✓_ | **Miscellaneous** | See Remarks Section |

**Remarks:**
Agency request for void of citation(s).



_____                    July 18, 2013
Glenda Wood                                  **Date**
Case Processor


__X__  Dismissal Approved

_____  Further action to be taken by CVB or Agency, please specify:


Ordered this _24th_ Day of _July_ 20__   _____   _67BF_____
                                          U.S. Magistrate Judge      Magistrate Code

---
A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY



| Department of Veterans Affairs | # Memorandum |
|---|---|

Date: July 17, 2013

From: Officer E. Gray (07B)

Subj: Request for a U.S. District Court Violation Notice to be Voided

To: Deputy Chief, Police Service (07B)

Request that the following listed U.S. District Court Violation Notice be **VOIDED** because of one of the below cited reasons:

| U. S. District Court Violation Notice Number (s) ||
|---|---|
| 1752827 ||
| **REASON FOR REQUEST** ||
|  | Motor Vehicle Department File Not Updated |
|  | Officer Error |
|  | Car Pool Permit Issued / Not Visible |
|  | Invalid License Plate |
|  | Handicap Permit Issued / Not Visible |
| X | Other (Explain) |
| USAA advised they would not prosecute. ||

**United States District Court — Violation Notice**

VOID

CVB Location Code: NE-16

Violation Number: 1752827
Officer Name (Print): Gray
Officer No.: 3136

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 1805 06/26/2013
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(37) Possession of firearm

Place of Offense: 2201 N. Broadwell Ave Rm NW413 Grand Island, NE 68803

Offense Description: Possession of a firearm on Veterans Affairs Property

**DEFENDANT INFORMATION**
Phone: (763) 412-9209
Last Name: Jackson
First Name: William
M.I.: T
Street Address: 530 S. 26th St.
City: Omaha
State: NE
Zip Code: 68105
Date of Birth (mm/dd/yyyy): 07/16/1959
Drivers License No.: Y905261147014
D.L. State: MN
Social Security No.: 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
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: Bro   Eyes: Bro   Height: 5'10   Weight: 160

**VEHICLE DESCRIPTION**  VIN: —
Tag No.: —   State: —   Year: —   Make/Model: —   Color: —

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Robert V. Denney Federal Building. 100 Centennial Mall North Rm 593 Lincoln, NE
Date (mm/dd/yyyy): 07/04/2013
Time (hh:mm): 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 03/2006)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 6-26, 20 13 while exercising my duties as a law enforcement officer in the Judicial District of Nebraska

On 06/26/2013 VA staff located a handgun/BB gun in an in-patients backpack. I Officer E. Gray responded to the scene and seized the handgun/BB gun for Evidence.
See Investigative Report # 2013-06-26-1810-9276

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/26/2013   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

| **Department of Veterans Affairs** | **Memorandum** |
|---|---|

Date: July 17, 2013

From: Officer E. Gray (07B)

Subj: Request for a U.S. District Court Violation Notice to be Voided

To: Deputy Chief, Police Service (07B)

Request that the following listed U.S. District Court Violation Notice be **VOIDED** because of one of the below cited reasons:

| U. S. District Court Violation Notice Number (s) | |
|---|---|
| **1752828** | |
| **REASON FOR REQUEST** | |
|   | Motor Vehicle Department File Not Updated |
|   | Officer Error |
|   | Car Pool Permit Issued / Not Visible |
|   | Invalid License Plate |
|   | Handicap Permit Issued / Not Visible |
| X | Other  (Explain) |
|   |   |
| **USAA advised they would not prosecute.** | |
|   |   |
|   |   |
|   |   |

**Violation Number:** 1752828
**Officer Name (Print):** Gray
**Officer No.:** 3136

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/26/2013 1805
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 38 CFR 1.218(38)
**Place of Offense:** 2201 N. Broadwell Ave Rm NW413, Grand Island, NE 68803
**Offense Description:** Possession of explosive devices on Veterans Affairs property

### DEFENDANT INFORMATION

**Phone:** (763) 412-9209
**Last Name:** Jackson
**First Name:** William
**M.I.:** T
**Street Address:** 530 S. 26th St.
**City:** Omaha
**State:** NE
**Zip Code:** 68105
**Date of Birth:** 07/16/1959
**Drivers License No.:** Y905261147014
**D.L. State:** MN
**Social Security No.:** 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
☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female
**Hair:** Bro **Eyes:** Bro **Height:** 5'10 **Weight:** 160

### VEHICLE DESCRIPTION

VIN: —
Tag No. / State / Year / Make/Model / Color: —

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $25 Processing Fee
**PAY THIS AMOUNT →** $  Total Collateral Due

### YOUR COURT DATE

**Court Address:** Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE Rm 593
**Date:** 07/04/2013
**Time:** 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 03/2006)  Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6-26, 2013 while exercising my duties as a law enforcement officer in the Judicial District of Nebraska

On 06/26/2013 VA Staff located fireworks in an inpatient room. VA police were notified. I, officer E. Gray responded and seized the fireworks for evidence. See Investigative Report #2013-06-26-1810-7296

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/25/2013  [signature E. Gray]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge